# [~~PROPOSED~~] ORDER

**PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The deadline to oppose Plaintiffs' Motion to Compel Dario Amodei and Benjamin Mann to Testify at Depositions is reset to February 14, 2025.

Dated: February 7, 2025

_____
The Honorable Robert M. Illman
United States Magistrate Judge

314355805