DOUGLAS A. WINTHROP (No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (No. 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400

RYAN M. NISHIMOTO (No. 235208)
Ryan.Nishimoto@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:   (213) 243-4000
Facsimile:   (213) 243-4199

ASSAD H. RAJANI (No. 251143)
Assad.Rajani@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real, Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
Telephone:   (650) 319-4500
Facsimile:   (650) 319-4700

*Attorneys for Non-Party Dario Amodei*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>IN RE MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENAS<br><br>In the Matter of<br><br>AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br>OPENAI INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF ASSAD H. RAJANI IN SUPPORT OF NON-PARTY DARIO AMODEI'S ADMINISTRATIVE MOTION TO CONSIDER**<br><br>Misc. Case No. 3:25-mc-80017-AMO<br><br>Underlying Litigation: *Authors Guild, et al. v. OpenAI, et al.*, 1:23-cv-0822-SHS (S.D.N.Y) |

I, Assad H. Rajani, declare:

1.      I am an attorney at Arnold & Porter Kaye Scholer LLP. I represent non-party Dario Amodei in the above-captioned matters. I submit this declaration in support of Mr. Amodei's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. The information set herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2.      The highlighted portions of Non-Party Dario Amodei's [Proposed] Sur-Reply in Further Opposition to Plaintiffs' Motion to Compel (Exhibit A[1]) reflect information Counsel for OpenAI has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the terms of the Stipulated Protective Order in the actions *In re OpenAI ChatGPT Litigation*, Case No. 3:23-cv-03223-AMO ("*In re OpenAI*") and *Authors Guild, et al. v. OpenAI Inc., et al.*, Case No. 1:23-cv-0822-SHS (S.D.N.Y) ("*Authors Guild –NY*"). (*In re OpenAI*, ECF No. 106; *Authors Guild – NY*, ECF No. 148).

3.      The entirety of the excerpts from the rough transcript of Benjamin J. Mann's March 3, 2025 deposition (Exhibit 1[2]) has been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the terms of the Stipulated Protective Order in these actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 3, 2025                          Respectfully submitted,

                                              /s/ *Assad H. Rajani*
                                              ASSAD H. RAJANI

                                              **ARNOLD & PORTER KAYE SCHOLER LLP**

                                              *Attorney for Non-Party Dario Amodei*

---

[1] Exhibit A is attached to Non-Party Dario Amodei's Administrative Motion Requesting Leave to File a [Proposed] Sur-Reply in Further Opposition to Plaintiffs' Motion to Compel.

[2] Exhibit 1 is attached to the Declaration of Assad H. Rajani in Support of Non-Party Dario Amodei's [Proposed] Sur-Reply In Further Opposition to Motion to Compel.