# Exhibit 1

# Filed Under Seal

Case 3:25-mc-80017-AMO     Document 25-3     Filed 03/04/25     Page 1 of 1