UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AUTHORS GUILD, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>OPENAI INC.,<br><br>　　　　　　Defendant. | Case No.  25-mc-80017-AMO   (RMI)<br><br>**ORDER ON ADMINISTRATIVE MOTIONS**<br><br>Re: Dkt. Nos. 2, 12, 16, 24 |

Before the court are three unopposed Administrative Motions to file Under Seal (dkts. 2, 12, 16, 24). The court has reviewed the materials and determined that good cause exists for the Motions to be GRANTED to the extent that they are not in conflict with any sealing determinations made in *In Re: OpenAI, Inc. Copyright Infringement Litigation*, 1:25-md-03143-SHS, which is currently pending in the Southern District of New York, or any of its member cases. Any sealing determinations made by that court in those actions as to these materials would supersede this determination.

**IT IS SO ORDERED.**

Dated: August 6, 2025

_____
ROBERT M. ILLMAN
United States Magistrate Judge